1

**SUBS**
Mark E. Ferrario (Bar No. 1625)
Brandon E. Roos (Bar No. 7888)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff Fortunet, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FORTUNET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TWIN CITIES GAMING SUPPLIES, INC., and DOES I through V, inclusive, and ROE CORPORATIONS I through V, inclusive, <br><br> Defendants. <br><br> ALL RELATED CLAIMS | Case No.: 2:09-cv-01843-PMP-GWF <br><br> **SUBSTITUTION OF ATTORNEY** |

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Plaintiff FORTUNET, INC., hereby appoints the law firm of GREENBERG TRAURIG, LLP, as its counsel of record in this matter in the place of Patrick Sheehan and the law firm of JONES VARGAS.

DATED this 23 day of August, 2010.

By: _____  CTO
FORTUNET, INC.

///
///
///

1.

SUBSTITUTION OF ATTORNEY

LV 419,159,221v1 8-10-10

## ACCEPTANCE OF SUBSTITUTION

GREENBERG TRAURIG, LLP, hereby accepts appointment as counsel for Plaintiff, FORTUNET, INC., in the above-entitled matter.

DATED this 18th day of August, 2010.

GREENBERG TRAURIG, LLP

By: _____
Mark E. Ferrario (Bar No. 1625)
Brandon E. Roos (Bar No. 7888)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

## CONSENT TO SUBSTITUTION

Patrick Sheehan of JONES VARGAS hereby consents to the substitution of GREENBERG TRAURIG, LLP, in its place in the above-referenced matter.

DATED this ___ day of August, 2010.

JONES VARGAS.

By: _____
Patrick Sheehan (Bar No. 3812)
3773 Howard Hughes Parkway
Suite 300 South
Las Vegas, NV 89169

DATED: August 25, 2010

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

SUBSTITUTION OF ATTORNEY

LV 419,159,221v1 8-10-10

2.