**SUBS**
Mark E. Ferrario (Bar No. 1625)
Brandon E. Roos (Bar No. 7888)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FORTUNET, INC.,

        Plaintiff,

vs.

TWIN CITIES GAMING SUPPLIES, INC.,
and DOES I through V, inclusive, and ROE
CORPORATIONS I through V, inclusive,

        Defendants.

_____

ALL RELATED CLAIMS

Case No.:  2:09-cv-01843-PMP-GWF

**SUBSTITUTION OF ATTORNEY**

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Defendant MILLENNIUM GAMES, INC., hereby appoints the law firm of GREENBERG TRAURIG, LLP, as its counsel of record in this matter in the place of Patrick Sheehan and the law firm of JONES VARGAS.

DATED this ___ day of September, 2010.

By: _____
MILLENNIUM GAMES, INC.

/ / /

/ / /

/ / /

1.

SUBSTITUTION OF ATTORNEY
LV 419,159,221v1 8-10-10

## ACCEPTANCE OF SUBSTITUTION

GREENBERG TRAURIG, LLP, hereby accepts appointment as counsel for Defendant, MILLENNIUM GAMES, INC., in the above-entitled matter.

DATED this 9th day of September, 2010.

GREENBERG TRAURIG, LLP

By: _____
Mark E. Ferrario (Bar No. 1625)
Brandon E. Roos (Bar No. 7888)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

## CONSENT TO SUBSTITUTION

Patrick Sheehan of JONES VARGAS hereby consents to the substitution of GREENBERG TRAURIG, LLP, in its place in the above-referenced matter.

DATED this ___ day of September, 2010.

JONES VARGAS.

By: _____
Patrick Sheehan (Bar No. 3812)
3773 Howard Hughes Parkway
Suite 300 South
Las Vegas, NV 89169

**IT IS SO ORDERED:**

DATED:   September 27, 2010

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

SUBSTITUTION OF ATTORNEY

LV 419,159,221v1 8-10-10

2.