**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FORTUNET, INC., | ) |
| Plaintiff, | ) 2:09-CV-01843-PMP-GWF |
| vs. | ) **ORDER** |
| TWIN CITIES GAMING SUPPLIES, INC., | ) |
| Defendants. | ) |

On April 26, 2011, the Honorable George W. Foley, Jr., United States Magistrate Judge, entered an Order (Doc. #53) rejecting the Stipulation of the Parties for the Extension of Time to Conduct Discovery and to File a Scheduling Order (Doc. #52). In that Order, Magistrate Judge Foley noted that a prior extension of discovery had be granted which had included admonition that no additional extensions of discovery would be granted in this case. As a result, the parties latest stipulation to further end discovery was denied.

Now before the Court is the Stipulated Objection to and Appeal of Magistrate Ruling Regarding Extension of Time to Conduct Discovery (Doc. #54) filed May 2, 2011. Having reviewed the records of these proceedings the Court finds that the Order entered by Magistrate Judge Foley (Doc. #53) on April 26, 2011 is neither clearly erroneous nor contrary to law. As a result,

**IT IS ORDERED that** the Joint Motion of the Parties for District Judge to Reconsider (Doc. #54) is **DENIED**, and the Order (Doc. #53) denying Stipulation for Extension of Time to Conduct Discovery and to File a Scheduling Order is **AFFIRMED**.

**IT IS FURTHER ORDERED that** the deadlines imposed in the Court's Order (Doc. #51) entered January 31, 2011 are hereby modified as follows:

1. The parties shall have to and including **July 8, 2011** within which to file any dispositive motions.

2. The deadline for filing the Joint Pretrial Order in this case is hereby extended to and including **August 10, 2011**.

DATED:  May 13, 2011.

_____
PHILIP M. PRO
United States District Judge